AO 440 (Rev. M/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

James J. Marray

V.

United States of America

SUMMONS IN A CIVIL ACTION

FILED IN CLERKS OFFICE
2005 OCT 17 A 10: 4:
U.S. DISTRICT COURT
DISTRICT OF MASS.

CASE NUMBER: 05 CA 11844 WGY

TO: (Name and address of Defendant)

Michael J. Sullivan
U.S. Attorney
John Moakley Courthouse
Suite 9200
1 Courthouse Way
Boston, MA 02210

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James P. Duggan
160 State Street
8th Floor
Boston, MA 02109

an answer to the complaint which is served on you with this summons, within ___sixty (60)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE  9-12-05

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 9/19/05 |
| NAME OF SERVER (PRINT) MARVIN FEINMAN | TITLE CONSTABLE AND DISINTERESTED PERSON |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Sept 19, 2005
            Date               Signature of Server /s/ Marvin Feinman

78 ST PAUL ST
BROOKLINE, MA 02446
    Address of Server

Copies were left with Ilona Ferrara, Receptionist and agent in charge of the Office of Michael J. Sullivan, U.S. Attorney at the John Moakley Courthouse, 1 Courthouse Way, Suite 9200, Boston, Ma.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.