%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

FILED IN CLERK'S OFFICE

James J. Murray
V.
United States of America

**SUMMONS IN A CIVIL ACTION**

2005 [?] A 10:4[?]

U.S. DISTRICT COURT
DISTRICT OF MASS.

CASE NUMBER:

**05 CA 11844 WGY**

TO: (Name and address of Defendant)

Harley G. Lappin, Director
Bureau of Prisons
320 First Street
NW
Washington, D.C. 20534

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James P. Duggan
160 State Street
8th Floor
Boston, MA 02109

an answer to the complaint which is served on you with this summons, within ___sixty (60)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



CLERK  SARAH A. THORNTON         DATE  4-12-05

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL + MAIL  5 + 9 = 14 — | SERVICES  40 — | TOTAL  54 — |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Sept 29, 2005      *Marvin Tenneman*
                Date                  Signature of Server

78 ST PAUL ST #1
BROOKLINE, MA 02446

Address of Server

On Sept 24, 2005, copies were mailed by 1st class, Certified mail, Restricted Delivery, Return Receipt to Harley G. Lappin, Director, Bureau of Prisons, 320 First St. N.W., Washington DC, 20534. On Sept 29, 2005, the copies were received and signed for Harley G. Lappin by Sharon Horton, his agent, at the same address.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

