UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JAMES J. MURRAY,<br>      Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA and<br>HARLEY G. LAPPIN, as he is<br>Director, Federal Bureau of<br>Prisons, and MICHAEL J. SULLIVAN,<br>as he is United States Attorney<br>for the District of Massachusetts,<br>      Defendants. | Civil Docket No.<br>05-11844-WGY |

**ASSENTED TO MOTION OF THE DEFENDANTS TO ENLARGE
THE TIME TO ANSWER OR OTHERWISE RESPOND**

The defendants, by their attorney, Michael J. Sullivan, U.S. Attorney for the District of Massachusetts, respectfully moves this Court, pursuant to Fed.R.Civ.P. 6(b), for an enlargement of time to file an answer or otherwise respond in this matter by one month to December 19, 2005.  As reasons therefore, the defendants state that the complaint alleges a complicated medical malpractice claim against the Federal Bureau of Prisons. Consequently, the defendants are in the process of gathering and reviewing the plaintiff's medical records in order to file an informed answer or otherwise responsd and need additional time to complete these assessments.

Wherefore the defendants respectfully request that this Court grant an enlargement of time to file an answer or otherwise respond in this matter until December 19, 2005.

The plaintiff has assented to this request.

                                      Respectfully submitted,

                                      UNITED STATES OF AMERICA
                                      By its attorney,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

Dated: November 2, 2005  By:  /S/ Christopher R. Donato
                                      Christopher R. Donato
                                      Assistant U.S. Attorney
                                      U.S. Attorney's Office
                                      John Joseph Moakley Courthouse
                                      1 Courthouse Way, Suite 9200
                                      Boston, MA 02210
                                      (617) 748-3303

**CERTIFICATE OF SERVICE**

I certify that on this day a true copy of the defendant's Motion to Enlarge the Time to Answer or Otherwise Respond was served by first class mail, postage prepaid, upon the attorney for the plaintiff at the following address:

James P. Duggan, Esq.
For James J. Murray
160 State Street, 8th Floor
Boston, MA 02109

Dated: November 2, 2005       /S/ Christopher R. Donato
                                      Christopher R. Donato
                                      Assistant U.S. Attorney

**Rule 7.1(A)(2) Certification**

I certify that I attempted to confer with counsel for the defendant in a good faith effort to resolve or narrow the issues in the attached motion. Counsel for the plaintiff assented to the motion.

Dated: November 2, 2005       /s/ Christopher R. Donato
                                      Christopher R. Donato
                                      Assistant U.S. Attorney