UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JAMES J. MURRAY,<br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA and<br>HARLEY G. LAPPIN, as he is<br>Director, Federal Bureau of<br>Prisons, and MICHAEL J. SULLIVAN,<br>as he is United States Attorney<br>for the District of Massachusetts,<br>    Defendants. | Civil Docket No.<br>05-11844-WGY |

**ASSENTED TO MOTION OF THE DEFENDANTS TO FURTHER ENLARGE
THE TIME TO ANSWER OR OTHERWISE RESPOND**

The defendants, by their attorney, Michael J. Sullivan, U.S. Attorney for the District of Massachusetts, respectfully move this Court, pursuant to Fed.R.Civ.P. 6(b), for an enlargement of time to file an answer or otherwise respond in this matter by one additional month to January 19, 2006.  As reasons therefore, the defendants state that the complaint alleges a complicated medical malpractice claim against the Federal Bureau of Prisons.  Many of the allegations involve claims that involve a Contract Opthalmologist and Contract Optometrist.  Consequently, the defendants are in the process of gathering and reviewing the plaintiff's medical records in order to file an informed answer or otherwise respond and need additional time to complete these assessments.

Wherefore the defendants respectfully request that this Court grant an additional enlargement of time to file an answer or otherwise respond in this matter until January 19, 2005.

The plaintiff has assented to this request.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorney,

MICHAEL J. SULLIVAN
United States Attorney

Dated: December 15, 2005 By:   /S/ Christopher R. Donato
                               Christopher R. Donato
                               Assistant U.S. Attorney
                               U.S. Attorney's Office
                               John Joseph Moakley Courthouse
                               1 Courthouse Way, Suite 9200
                               Boston, MA 02210
                               (617) 748-3303

### CERTIFICATE OF SERVICE

I certify that on this day a true copy of the defendant's Assented to Motion to Enlarge the Time to Answer or Otherwise Respond was served by first class mail, postage prepaid, upon the attorney for the plaintiff at the following address:

James P. Duggan, Esq.
For James J. Murray
160 State Street, 8th Floor
Boston, MA 02109

Dated: December 15, 2005        /S/ Christopher R. Donato
                                Christopher R. Donato
                                Assistant U.S. Attorney

### Rule 7.1(A)(2) Certification

_____ I certify that I conferred with Counsel for the defendant regarding the issues in the attached motion and Counsel for the plaintiff assented to the motion.

Dated: December 15, 2005        /s/ Christopher R. Donato
                                Christopher R. Donato
                                Assistant U.S. Attorney

2