UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES J. MURRAY,<br>      Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA and<br>HARLEY G. LAPPIN, as he is<br>Director, Federal Bureau of<br>Prisons, and MICHAEL J. SULLIVAN,<br>as he is United States Attorney<br>for the District of Massachusetts,<br>      Defendants. | Civil Docket No.<br>05-11844-WGY |

**DEFENDANTS' MOTION TO DISMISS,
OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

As more fully demonstrated in the accompanying Memorandum in Support, the defendants in above-captioned matter respectfully request that this Court dismiss the complaint or grant summary judgment in the defendant's favor.

    Respectfully submitted,

    UNITED STATES OF AMERICA
    By its attorney,

    MICHAEL J. SULLIVAN
    United States Attorney

Dated: January 18, 2006   By:   /S/ Christopher R. Donato
    Christopher R. Donato
    Assistant U.S. Attorney
    U.S. Attorney's Office
    John Joseph Moakley Courthouse
    1 Courthouse Way, Suite 9200
    Boston, MA 02210
    (617) 748-3303

**CERTIFICATE OF SERVICE**

    I hereby certify that the above document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: January 18, 2006       /S/ Christopher R. Donato
                                         Christopher R. Donato
                                         Assistant U.S. Attorney

**Rule 7.1(A)(2) Certification**

     I certify that I conferred with Counsel for the plaintiff regarding the issues in the above motion and attempted in good faith to resolve or narrow the issues.

Dated: January 18, 2006       /s/ Christopher R. Donato
                                         Christopher R. Donato
                                         Assistant U.S. Attorney