```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
```

                                                        FILED
                                                    CLERK'S OFFICE

                                                    2006 FEB -6  P 1: 54

|  |  |
|---|---|
| James J. Murray,<br>    Plaintiff | ) <br> ) <br> ) |
| v. | ) <br> ) |
| United States of America and<br>Harley G. Lappin, as he is<br>Director, Federal Bureau of<br>Prisons, and Michael J.<br>Sullivan, as he is United<br>States Attorney for the District<br>of Massachusetts,<br>    Defendants | ) <br> )   **CIVIL ACTION NO.**<br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION TO ENLARGE TIME
### (Assented to)

Now comes the Plaintiff, James J. Murray, who moves this Court for an Order enlarging the time within which he must file his Response to Defendant's Motion to Dismiss, or in the alternative, for Summary Judgment, to February 28, 2006, and who further moves that oral argument regarding the Defendant's Motion to Dismiss be scheduled for any date after March 20, 2006.

In support of the Motion, the Plaintiff says as follows:

1. Undersigned counsel is a sole practitioner who is regularly scheduled to appear in various courts for trials, evidentiary hearings, and motion practice throughout the month of February.

2. Counsel requires additional time to review and research the issues raised in Defendant's Motion to Dismiss.

3. Counsel for the Government assents to the enlargement of time.

4. As to any date set for oral argument, undersigned counsel states that he will be outside of the Commonwealth from March 1st through March 19th, but is available, at the Court's convenience, for any date thereafter.

   5.   The interests of justice would be served by allowance
        of the Motion.

Assented to:                                Respectfully submitted,
                                            James J. Murray,
                                            by his attorney,

*Christopher Donato /JPD/*                  *James P Duggan*
Christopher R. Donato                       James P. Duggan
Assistant United States Attorney            BBO# 137500
John Joseph Moakley Courthouse              160 State Street
1 Courthouse Way                            8th Floor
Boston, MA 02210                            Boston, MA 02109
                                            617-523-7222

                       **CERTIFICATE OF SERVICE**

   I, James P. Duggan, hereby certify that I have this 6th day
of February, 2006, served a copy of the foregoing Motion to
Enlarge Time, by hand, to Christopher R. Donato, Assistant United
States Attorney, John Joseph Moakley Courthouse, 1 Courthouse
Way, Boston, MA, 02210.

                                            *James P Duggan*
                                            James P. Duggan