UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| James J. Murray,<br>　　　Plaintiff<br><br>v.<br><br>United States of America and<br>Harley G. Lappin, as he is<br>Director, Federal Bureau of<br>Prisons, and Michael J.<br>Sullivan, as he is United<br>States Attorney for the District<br>of Massachusetts,<br>　　　Defendants | )<br>)<br>)<br>)<br>)<br>)　**CIVIL ACTION NO.**<br>)　**05-11844-WGY**<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S MEMORANDUM REGARDING REFERRAL TO MEDICAL MALPRACTICE TRIBUNAL**

The Plaintiff agrees with the reasoning and conclusion reached by the Government in its Brief on Referral to Medical Malpractice Tribunal and, therefore, submits that no referral is required in this case.

　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　James J. Murray,
　　　　　　　　　　　　　　　　by his attorney,

Dated: May 8, 2006　　　　By:　　/S/ J
　　　　　　　　　　　　　　　　James P. Duggan
　　　　　　　　　　　　　　　　BBO# 137500
　　　　　　　　　　　　　　　　160 State Street
　　　　　　　　　　　　　　　　8th Floor
　　　　　　　　　　　　　　　　Boston, MA 02109
　　　　　　　　　　　　　　　　617-523-7222

**CERTIFICATE OF SERVICE**

    I, James P. Duggan, hereby certify that I have this 8th day of May, 2006, filed through the ECF system electronically to Christopher R. Donato, Assistant United States Attorney, John Joseph Moakley Courthouse, 1 Courthouse Way, Boston, MA, 02210.


DATED:  May 8, 2006                                             /s/ James P. Duggan
                                                                        James P. Duggan