```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| JAMES J. MURRAY,<br>     Plaintiff, | )<br>)<br>) |
| v. | )  Civil Docket No. 05-11844-WGY |
| UNITED STATES OF AMERICA,<br>     Defendant. | )<br>)<br>)<br>) |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

As more fully demonstrated in the accompanying Memorandum in Support, the defendant in above-captioned matter respectfully requests that this Court grant summary judgment in the defendant's favor pursuant to Rule 56 of the Federal Rules of Civil Procedure.

```
                              Respectfully submitted,

                              UNITED STATES OF AMERICA
                              By its attorney,

                              MICHAEL J. SULLIVAN
                              United States Attorney

Dated: October 12, 2006  By:  /S/ Christopher R. Donato
                              Christopher R. Donato
                              Assistant U.S. Attorney
                              U.S. Attorney's Office
                              John Joseph Moakley Courthouse
                              1 Courthouse Way, Suite 9200
                              Boston, MA 02210
                              (617) 748-3303
```

**CERTIFICATION PURSUANT TO L.R. 7.1 (A)(2)**

    I hereby certify that I attempted on several occasions to discuss the above-motion with counsel for the plaintiff in an good faith to resolve the issues presented.  Unfortunately, despite several attempts, I have been unsuccessful in contacting counsel for the plaintiff.  Because of the time sensitivity of this matter, I could not wait any longer before filing.

Dated: October 12, 2006     /S/ Christopher R. Donato
                                      Christopher R. Donato
                                      Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

    I hereby certify that the above document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: October 12, 2006     /S/ Christopher R. Donato
                                      Christopher R. Donato
                                    Assistant U.S. Attorney