UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JAMES J. MURRAY,<br>        Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Docket No. 05-11844-WGY |

**JOINT MOTION TO CONTINUE THE PRETRIAL CONFERENCE AND TRIAL
AND FOR REFERRAL TO MEDIATION**

The parties in the above-captioned matter respectfully request that this Court continue the pretrial conference scheduled for October 24, 2006 and the trial scheduled for November 6, 2006 to a date on or after January 8, 2007, and refer the parties to the District Court's mediation program before a United States Magistrate Judge to a date on or after December 1, 2006.

The reason for the requested delay for the mediation is the defendant needs to seek the approval of the Regional Counsel for the Federal Bureau of Prisons ("BOP") for settlement authority and a reasonable settlement figure.  The attorney for the BOP who was originally assigned to this matter has moved on and she has yet to be replaced.  As a result, the attorney for the BOP who is taking over responsibility for this case is currently handling two full caseloads and is struggling to assist the United States Attorney's Office in meeting all of the deadlines associated with those caseloads.  This particular case involves an abundance of

medical records, a number of depositions, and a complicated fact pattern.  Consequently, counsel for the BOP who has assumed responsibility for this case has asked that he be given a short period of time to review this matter and make a presentation to the Regional Counsel regarding settlement.  Consequently, the defendant respectfully requests that this Court refer this matter to mediation on a date on or after December 1, 2006.

Accordingly, the parties respectfully request that this Court continue the pretrial conference scheduled for October 24, 2006 and the trial scheduled for November 6, 2006, to a date on or after January 8, 2007, and refer the parties to the District Court's mediation program before a United States Magistrate Judge to a date on or after December 1, 2006.

Respectfully submitted
by the parties,

| | |
|---|---|
| UNITED STATES OF AMERICA<br>By its attorney, | JAMES J. MURRAY<br>By his attorney |
| MICHAEL J. SULLIVAN<br>United States Attorney | |
| /S/ Christopher R. Donato<br>Christopher R. Donato<br>Assistant U.S. Attorney<br>U.S. Attorney's Office<br>John Joseph Moakley Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>(617) 748-3303 | /S/ James P. Duggan<br>James P. Duggan, Esq.<br>160 State Street<br>Boston, MA 02109<br>(617) 523-7222 |
| Dated: October 19, 2006 | Dated: October 19, 2006 |