**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

James J. Murray

_____
                    Plaintiff(s)

                                                          CIVIL ACTION

            V.

United States of America  et al                          NO. 05-11844-WGY

_____
                    Defendant(s)

**ORDER OF REFERENCE**
**FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

        After consultation with counsel and after consideration of the various alternative dispute resolution

programs (ADR) available, I find this matter appropriate for ADR and accordingly, refer this case to

_____ADR Program -11/2006_____ for the following ADR program:


        _____ SCREENING CONFERENCE         _____ EARLY NEUTRAL EVALUATION

        ___X___ MEDIATION                    _____ MINI-TRIAL

        _____ SUMMARY JURY TRIAL           _____ SETTLEMENT CONFERENCE

        _____ SPECIAL MASTER

        _____ PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM


        Upon notification of the time and place designated for the proceeding, counsel are directed to be

present with their clients or with appropriate settlement authority and to provide any written documentation

which may be required for the particular ADR program.    If counsel is engaged on trial or has any

scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other

counsel should be advised of the conflict immediately.


October 24, 2006                              /s/ William G. Young

_____        _____
            DATE                              UNITED STATES DISTRICT JUDGE


**CASE CATEGORY**

| | | | |
|---|---|---|---|
| Admiralty | _____ | Antitrust | _____ |
| Civil Rights | _____ | Contract | _____ |
| Copyright/Trademark/Patent | _____ | Environmental | _____ |
| ERISA | _____ | FELA | _____ |
| Labor Relations | _____ | Medical Malpractice | _____ |
| Personal Injury | _____ | Product Liability | _____ |
| Shareholder Dispute | _____ | | |
| Other | _____ | | |

(ADR Referral.wpd - 4/12/2000)                                          [orefadr.]