**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

   James Murray
        Plaintiff(s)

        V.

   United States of America
        Defendant(s)

CIVIL ACTION

NO.   05-11844-WGY

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE   YOUNG

[ ]  The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[x]  On   11/15/2006   I held the following ADR proceeding:

    _____ SCREENING CONFERENCE     _____ EARLY NEUTRAL EVALUATION
    \_\_X\_\_ MEDIATION     _____ SUMMARY BENCH / JURY TRIAL
    _____ MINI-TRIAL     _____ SETTLEMENT CONFERENCE

All parties were represented by counsel [except _____]

The parties were / were not present in person or by authorized corporate officer [except _____].

The case was:

[x]  Settled. Your clerk should enter a \_\_\_60\_\_\_\_ day order of dismissal.

[ ]  There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[ ]  Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]  Suggested strategy to facilitate settlement:

   11/15/2006                                               Marianne B. Bowler, USMJ
     DATE                                                     ADR Provider

(ADR Report (Murray).wpd - 4/12/2000)                                                                              [adrrpt.]