UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **SUFFOLK, ss.** | **CIVIL ACTION NO. 05CA11844-WGY** |

James J. Murray,
    Plaintiff    )
    )
v.    )
    )
United States of America,    )
    Defendant    )

**STIPULATION OF DISMISSAL**

Now come the parties who, pursuant to Rule 41, Fed.R.Civ.P., hereby stipulate to the dismissal of the above action, with prejudice, each party waiving all rights of notice and appeal. Both parties agree to bare their own costs and attorney's fees.

| | |
|---|---|
| Respectfully submitted,<br>United States of America<br>by its attorney,<br><br>*/s/ Christopher R. Donato*<br>Christopher Donato, AUSA<br>United States Attorney's Office<br>The United States District Court<br>John Joseph Moakley Courthouse<br>One Courthouse Way<br>Boston, MA 02210 | Respectfully submitted,<br>James J. Murray,<br>by his attorney,<br><br>*/s/ James P. Duggan*<br>James P. Duggan<br>BBO# 137500<br>160 State Street<br>8th Floor<br>Boston, MA 02109<br>(617) 523-7222 |

DATED: December 11, 2006